**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CAROLINE LECCESE and JOSEPHLECCESE,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| **v.** | |
| | **NO.  21-4488** |
| **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,** | |
| **Defendant.** | |

**O R D E R**

**AND NOW**, this 22nd day of September, 2022, upon consideration of Defendant's

Motion for Summary Judgment (ECF No. 10), Plaintiffs' Response thereto (ECF No. 11), and

Defendants' Reply (ECF No. 12), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is **GRANTED** as to Count II (Plaintiffs' Bad Faith claim) which claim is **HEREBY DISMISSED**.

2. The Defendant's Motion is **DENIED** in all other respects.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**